& Hudson River Railroad Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

GOMER, Respondent, v. SLOTE, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Augusta Gomer against Ben W. Slote. No opinion. Judgment of the Municipal Court affirmed on argument, with costs.

GOVE v. TOWER et al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by La Roy S. Gove against Levi L. Tower and others. No opinion. Motion granted. Order filed.

GREEN et al., Appellants, v. HORN, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by James Green and others against Charles F. W. Horn. No opinion. Judgment and order unanimously affirmed, with costs.

GREENFIELD, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Edward Greenfield against Oswin J. Mills. No opinion. Motion denied.

GUNDERSON, Respondent, v. ROEBLING CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Rosa Gunderson, administratrix, etc., of Peter A. Gunderson, deceased, against the Roebling Construction Company, impleaded with Post & McCord.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and GAYNOR, JJ., dissent.

GUPTIL, Respondent, v. STANDARD PLUNGER ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Harry C. Guptil, an infant, by Henry A. Guptil, his guardian ad litem, against the Standard Plunger Elevator Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that Koster was not a superintendent, nor was the act complained of an act of superintendence.

WOODWARD and RICH, JJ., vote for affirmance.

HAENSCHEN, Respondent, v. ALLISON REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Emil Haenschen, as administrator, against the Allison Realty Company and others. W. J. Moran, for appellants. M. L. Malevinsky, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event the

judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

SCOTT, J., dissents, voting for reversal.

HAFFEN v. BEDELL. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Louis F. Haffen against Arthur G. Bedell. No opinion. Motion to dismiss granted, with $10 costs. Motion for reargument denied, with $10 costs. Motion to hear case on original papers denied, with $10 costs. Orders filed.

HAMILTON, Appellant, v. FLECKENSTEIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by James M. Hamilton against Frank V. Fleckenstein and others. No opinion. Judgment affirmed, with costs. See 104 N. Y. Supp. 1128.

HARTMETZ, Respondent, v. BUFFALO EXPANDED METAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Fred Hartmetz against the Buffalo Expanded Metal Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and of fact. Held, that the finding of the jury that the defendant was guilty of negligence which caused the injury was contrary to and against the weight of the evidence.

SPRING, J., votes for reversal, upon the ground that material errors were committed by the trial court.

HAVERLY CO., Respondent, v. NANKEVILLE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by the Haverly Company against William E. Nankeville and another. F. Bien, for appellant. S. F. Kneeland, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents, on the ground that there is no proof of damage.

HAWORTH, Appellant, v. ENGINEER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Lloyd B. Haworth against the Engineer Company. J. F. Donnelly, for appellant. H. Bull, for respondent. No opinion. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, affirmed, without costs. Order filed.

H. D. TAYLOR CO., Respondent, v. NIAGARA BEDSTEAD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by the H. D. Taylor Company against the Niagara Bedstead Company. No opinion. Judgment and order affirmed, with costs.

HELD, Respondent, v. FRANKLIN BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24,